# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS NELSON LUPOLD,<br><br>Defendant. | Case No. 3:13-cr-00035-RCJ-WGC-1<br><br>**Order Granting Joint Motion to Unseal the Petition for Revocation of Supervised Release (ECF No. 53)** |

Defendant Thomas Lupold, by and through his attorney Assistant Federal Public Defender Aarin Kevorkian, and the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, file this Joint Motion to Unseal the Petition for Revocation of Supervised Release (ECF No. 53).

On March 13, 2018, Lupold recommenced a term of federal supervised release. On April 11, 2018, Lupold's probation officer filed a petition with this Court seeking revocation of Lupold's supervised release. ECF No. 53 (SEALED). On May 8, 2018, this Court held a revocation hearing on the petition. ECF No. 64. Lupold admitted the violations and this Court revoked supervised release, sentencing Lupold to 8 months imprisonment and a renewed term of supervision. ECF Nos. 64-65. The petition for revocation was never unsealed.

The parties now jointly request this Court unseal the petition for revocation, ECF No. 53, as no legitimate prosecutorial objective is served by maintaining the petition under seal. *See generally United States v. Bracy*, 67 F.3d 1421 (9th Cir. 1995).

DATED this 13th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Aarin E. Kevorkian*<br>Aarin E. Kevorkian<br>Assistant Federal Public Defender<br>Counsel for Thomas Nelson Lupold | By */s/ Elham Roohani*<br>Elham Roohani<br>Assistant United States Attorney<br>Counsel for the United States |

IT IS SO ORDERED this 23rd day of December, 2019.

_____
ROBERT C. JONES